# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| JOE N. LINDSEY, SR.,<br><br>Plaintiff,<br><br>MOLINA HEALTHCARE OF WISCONSIN, INC., and STATE OF WISCONSIN DEPARTMENT OF HEALTH SERVICES<br><br>Involuntary Plaintiffs,<br><br>v.<br><br>CHEROKEE INSURANCE COMPANY, M.C. VAN KAMPEN TRUCKING, INC., B&G LOGISTICS, LLC, and WESLEY JAMES MAY,<br><br>Defendants. | Case No. 22-CV-1295-JPS<br><br>**ORDER** |

On November 22, 2022, Plaintiff Joe N. Lindsey, Sr. ("Plaintiff") filed a Stipulation to Amend Caption and Properly Name Parties. ECF No. 12. Because the Stipulation itself contained errors, the Court instructed Plaintiff to correct and refile it. On December 1, 2022, Plaintiff did so. ECF No. 13.

Plaintiff writes that originally named Defendant B&E Logistics, Inc. should be named "B&G Logistics, LLC" and that originally named Defendant Wesley James Ray should be named "Wesley James May." *Id*. The Court will adopt the stipulation.

Accordingly,

**IT IS ORDERED** that the Clerk of Court shall **AMEND** the party names on the docket to reflect the updates noted herein.

Dated at Milwaukee, Wisconsin, this 2nd day of December, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge